NUMBER 13-07-389-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


DEERE & COMPANY, Appellant,


v.



RUBEN BUENTELLO, Appellee.

________________________________________________________


On appeal from the County Court at Law No. 5 


of Hidalgo County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza 
Memorandum Opinion Per Curiam


 Appellant, DEERE & COMPANY, attempted to perfect an appeal from a
judgment entered by the County Court at Law No. 5 of Hidalgo County, Texas, in
cause number CL-43,639-E. After the notice of appeal was filed, appellant filed a
motion to dismiss the appeal. In the motion, appellant states that this case has been
reinstated with the trial court. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed 

this the 31st day of August, 2007.